REYNOLDS *v.* CRAYCRAFT, *assignee of Walker.*

PRACTICE.---Where there is no judgment on the finding, there is nothing to appeal from.

*Appeal from Chicot Circuit Court.*

HON. HENRY B. MORSE, Circuit Judge.

*Garland · & Nash,* for appellant.

*Watkins & Rose,* for appellee.

This cause comes here from Chicot county.  It appears that the cause was submitted to the court, sitting as a jury, upon an agreed state of facts.  The court found for the appellee. Reynolds appealed to the Supreme Court.  The finding of the court, as has been stated, was for the appellee.  There was no judgment on the finding; this being true, there is nothing to appeal from.

The cause will be dismissed.